JASON WOJCIECHOWSKI (SBN 263911)
jasonw@bushgottlieb.com
BUSH GOTTLIEB
A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Defendant SMART
Transportation Division

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| DIJON BERNARD, | Case No. 2:23-cv-10235-SB-DTB |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| SMART TRANSPORTATION DIVISION, | |
| Defendant. | |

1146682v1 11611-33009

1  At the time of service, I was over 18 years of age and **not a party to this**
2  **action**. I am employed in the County of Los Angeles, State of .  My business
3  address is 801 North Brand Boulevard, Suite 950, Glendale, CA 91203-1260.
4  On June 6, 2024, I served true copies of the following document(s) described
5  as NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED
6  COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES and
7  PROPOSED ORDER on the interested parties in this action as follows:

Dijon Bernard                                   *Plaintiff*
1920 E. San Vicente
Compton, CA 90221

10  **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package
11  addressed to the persons at the addresses listed in the Service List and placed the
12  envelope with postage fully prepaid in a United States Postal Service collection box.
13  I declare under penalty of perjury under the laws of the United States of
14  America that the foregoing is true and correct and that I am employed in the office
15  of a member of the bar of this Court at whose direction the service was made.
16  Executed on June 6, 2024, at Los Angeles, California.

           */s/ Jason Wojciechowski*
           Jason Wojciechowski

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

1146682v1 11611-33009

2