JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON BERNARD,<br>Plaintiff,<br>v.<br>SMART TRANSPORTATION DIVISION, et al.,<br>Defendants. | Case No. 2:23-cv-10235-SB (DTB)<br><br>FINAL JUDGMENT |

Pursuant to the Order accepting the findings, conclusions and recommendations of the U.S. Magistrate Judge, this action is dismissed in its entirety with prejudice.

Dated: July 30, 2026

STANLEY BLUMENFELD, JR.
United States District Judge